UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br>-vs-<br>AUSTIN LEE RUSSELL,<br><br>               Defendant. | No.   2:15-CR-0127-WFN-1<br><br>ORDER |

Pending before the Court is the Defendant's Unopposed Motion to Amend Judgment. ECF No. 49. The Court imposed a sentence in the parties' agreed range. The parties had also agreed that the sentence should run concurrent with any state sentence. Defendant had not yet been sentenced in state court. The Defendant asks that the Court amend the judgment to include the following language, "This 60-month sentence is ordered to run concurrently with the state sentence in Spokane County Case No. 2015-1-03401-5." The Court has reviewed the file and Defendant's Motion and is fully informed. Accordingly,

**IT IS ORDERED** that:

1. Defendant's Unopposed Motion to Amend Judgment filed June 16, 2016, **ECF No. 49**, is **GRANTED**.

2. The Judgment shall be amended as requested.

The District Court Executive is directed to file this Order and provide copies to counsel **AND TO** United States Probation Officer Shawn Kennicutt.

**DATED** this 16th day of June, 2016.

06-16-16

                                              s/ Wm. Fremming Nielsen
                                         WM. FREMMING NIELSEN
                                   SENIOR UNITED STATES DISTRICT JUDGE

ORDER