PROB 12C
(6/16)

Report Date: February 11, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 11, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Austin Lee Russell | Case Number: | 0980 2:15CR00127-WFN-1 |

Address of Offender:                                          , Spokane Valley, Washington 99212

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: June 8, 2016

| | |
|---|---|
| Original Offense: | Distribution of a Detectable Amount of Heroin, 21 U.S.C. § 841(a)(1), (b)(1)(C) |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 60 Months<br>TSR - 60 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: | December 6, 2019 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: | December 5, 2024 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 02/10/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Standard Condition # 8**: You shall not purchase, possess, use, distribute, or administer any controlled substance or paraphernalia related to any controlled substances, except as prescribed by a physician.  Use, acquisition, or possession of marijuana with or without a physician's prescription is prohibited. |
| | **Supporting Evidence**: Mr. Austin Russell is alleged to have violated standard condition number 8 on or about February 10, 2021, by having in his residence an approximately 10 gallon sized storage container filled approximately 2/3 full of marijuana shake, and two fabricated and makeshift pipes that based on the training and experience of the undersigned officer are commonly used for smoking illicit substances. |
| | On December 6, 2019, Mr. Russell signed his conditions relative to case number 2:15CR00127-WFN-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Russell was made aware by his U.S. probation officer that he was required to refrain from the use or possession of illicit substances or drug related paraphernalia. |
| | Specifically, on February 10, 2021, at approximately 10:50 a.m., a search of the client's residence was executed with the assistance of the Bureau of Alcohol, Tobacco, Firearms and Explosives and the client's assigned housing manager based on the client's recent arrest in |

Prob12C
**Re: Russell, Austin Lee**
**February 11, 2021**
**Page 2**

the District of Idaho, in which the client was alleged to have been in possession of a .22 caliber firearm and a sizeable amount of varying calibers of ammunition. As a part of the search, an approximately 10-gallon storage container was located in the living room and found to be approximately 2/3 full of marijuana shake. In addition, two fabricated inhalation devices, commonly used for the purpose of ingesting illicit substances, were located in the client's night stand. The first pipe was observed to have a brown-colored residue around the inhalation tip, and the second pipe was observed to be filled with a light blue-colored water. Both items were photographed and inventoried, along with the tote which possessed the marijuana.

It should be noted that as a part of the search, the client's girlfriend was determined to be staying at the residence. During questioning, the contact admitted that the client himself had relapsed on methamphetamine and was using approximately once per week up until 1 week ago, when he had finally ceased his use of the substance. The contact noted that she was also struggling with addiction and admitted that tin foil would be found in her purse when asked if the officers on scene could search the item prior to providing it to her so she could leave the residence.

Also observed, but not seized during the search, was what appeared to be a small amount of methamphetamine residue as present on a mirror inside of the bedroom, a small propane tank with an attached torch commonly used to heat illicit substances prior to inhalation, numerous pieces of tinfoil commonly used to heat illicit substances on, a rifle scope, and a rubber rifle recoil pad commonly placed on the buttstock of rifles to minimize the impact of recoil.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   February 11, 2021

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

Prob12C
Re: Russell, Austin Lee
February 11, 2021
Page 3

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

_2/11/2021_
Date