FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 10, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AUSTIN LEE RUSSELL,<br><br>Defendant. | No. 2:15-CR-00127-WFN<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY RELEASE CONDITIONS<br><br>**MOTION GRANTED**<br>**(ECF No. 78)** |

Before the Court is Defendant's AUSTIN LEE RUSSELL's (RUSSELL) Motion to Modify Conditions of Release, **ECF No. 78**. RUSSELL recites in his motion that U.S. Probation does not oppose this request. The United States defers to the U.S. Probation Office and the U.S. Probation Office defers to the Court.

Specifically, RUSSELL is requesting to take advantage of a home pass issued by Adult & Teen Challenge (ATC) in recognition of his good conduct while residing at ATC. RUSSELL is requesting to reside with his mother in Chewelah, Washington from November 12, 2021, to November 14, 2021.

The Court finding good cause, **IT IS ORDERED** RUSSELL's Motion, **ECF No. 78,** is **GRANTED**.

**RUSSELL shall be transported from ATC by his mother, or, if she is unable to make the trip, another individual approved by RUSSELL's supervising U.S. Probation Officer, Chris Heinen. RUSSELL shall be released on November 12, 2021, to November 14, 2021. RUSSELL will not leave his mother's home for the duration of his stay, and he will remain in contact with Officer Heinen throughout his stay.**

ORDER - 1

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED November 10, 2021.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2