FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 07, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AUSTIN LEE RUSSELL,<br><br>Defendant. | No. 2:15-CR-00127-WFN<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY RELEASE CONDITIONS<br><br>**MOTION GRANTED**<br>**(ECF No. 80)** |

Before the Court is Defendant's AUSTIN LEE RUSSELL's (RUSSELL) Motion to Modify Conditions of Release, **ECF No. 80**. RUSSELL recites in his motion that United States Probation does not oppose this request. The United States defers to United States Probation.

Specifically, RUSSELL is requesting the Court to modify the language to Release Condition No. 32 to take advantage of home passes that may be issued in the future by Adult & Teen Challenge (ATC) in recognition of his good conduct while residing at ATC. RUSSELL is asking that the Court modify his release conditions so that he may leave ATC on future "home passes" with the condition that the U.S. Probation Office must approve each pass. This would allow RUSSELL to make use of any home passes he earns – should U.S. Probation agree it is appropriate for him to do so – without involving the Court.

ORDER - 1

The Court finding good cause, **IT IS ORDERED** RUSSELL's Motion, **ECF No. 80,** is **GRANTED**.

Release Condition No. 32 shall be modified as follows:

**(32)** **Other:** Defendant shall reside at ATC. Defendant may leave ATC temporarily and reside at a residence approved by the U.S. Probation Office if granted permission by both ATC and the Defendant's supervising U.S. Probation Officer. Upon completion of the ATC program, Defendant shall return to the custody of the U.S. Marshal absent further order of the Court.

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED December 7, 2021.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2